WICKHAM WHEELER, Respondent, *v.* ELVIRA U. SPINOLA, Appellant.

Judgment reversed by default and new trial ordered. LOTT, Ch. C., not sitting.